# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00490-CV

**Texas Mutual Insurance Company, Appellant**

**v.**

**Robin C. Nafus, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. 08-2067, HONORABLE WILLIAM HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion requesting that this appeal be dismissed. *See*

Tex. R. App. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Dismissed on Joint Motion

Filed:   December 22, 2011